UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BRIAN CASTLE,<br><br>      Plaintiff,<br><br>- against -<br><br>KINGSPORT PUBLISHING CORPORATION<br><br>      Defendant. | Docket No. 19-CV-00092<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Brian Castle ("Castle" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Kingsport Publishing Corporation ("Kingsport" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a construction site from a drone, owned and registered by Castle, a based professional photographer. Accordingly, Castle seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

1

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in Tennessee and is registered with the Tennessee Department of State Division of Corporations.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Castle is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 123-35 82nd Road, Kew Gardens, New York 11415.

6. Upon information and belief, Kingsport is a domestic business corporation organized and existing under the laws of the State of Tennessee, with a place of business at 701 Lynn Garden Drive, Kingsport, TN 37660. Upon information and belief, Kingsport is registered with the Tennessee State Department of Corporations to do business in Tennessee. At all times material hereto, Kingsport has owned and operated a website at the URL: www.TimesNews.net (the "Website").

## STATEMENT OF FACTS

**A. Background and Plaintiff's Ownership of the Photograph**

7. Castle photographed a construction site from a drone (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Castle is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-115-276.

**B. Defendant's Infringing Activities**

10. On August 8, 2019 Kingsport ran an article on the Website entitled *Engineer explains origin of 'sinkholes' on West Ridge High site*. See: http://www.timesnews.net/Education/2018/08/08/Alleged-West-Ridge-High-sinkholes-instead-rock-blasting-pits-engineer-says.html?ci=stream&lp=6&p=1. The article featured the Photograph. A true and correct copy of the Photograph on the article and a screenshot of the Photograph on the article is attached hereto as Exhibit B.

11. Kingsport did not license the Photograph from Plaintiff for its article, nor did Kingsport have Plaintiff's permission or consent to publish the Photograph on its Website.

## CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. Kingsport infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Kingsport is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by Kingsport have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16.  As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17.  Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18.  Plaintiff further is entitled to his attorney's fees and full costs pursuant to 17 U.S.C. § 505

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1.  That Defendant Kingsport be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2.  That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3.  That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4.  That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5.  That Plaintiff be awarded pre-judgment interest; and

6.  Such other and further relief as the Court may deem just and proper.

# DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Charlotte, North Carolina
       June 3, 2019

                                  CLEMENTS BERNARD WALKER PLLC

                                  By: /s/Seth L. Hudson
                                  Seth L. Hudson
                                  4500 Cameron Valley Parkway
                                  Charlotte, North Carolina 28211
                                  Tele: 704-790-3600
                                  SHudson@WorldPatents.com

                                  LIEBOWITZ LAW FIRM, PLLC

                                  By:/s/Richard Liebowitz
                                  Richard P. Liebowitz
                                  11 Sunrise Plaza, Suite 305
                                  Valley Stream, New York 11580
                                  Tele: 516-233-1660
                                  RL@LiebowitzLawFirm.com

                                  (*Pro Hac Vice Forthcoming*)

                                  *Attorneys for Plaintiff Brian Castle*