UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| BRIAN CASTLE,<br><br>Plaintiff,<br><br>vs.<br><br>KINGSPORT PUBLISHING CORPORATION,<br><br>Defendant | 2:19-CV-00092-DCLC |

## JUDGMENT

In accordance with the Memorandum Opinion and Order filed this day, Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE** with costs taxed to Plaintiff in accordance with Fed.R.Civ.P. 54(d). Plaintiff shall recover nothing from Defendant.

SO ORDERED:

s/Clifton L. Corker
United States District Judge

ENTERED AS JUDGMENT:

s/John Medearis
Clerk of Court